# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMY G and GARY G, individually and as representatives of the class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 69)**<br><br>Case No. 2:17-cv-00413-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

Before the Court is Defendants' Motion For Leave To File Under Seal Documents In Opposition To Plaintiffs' Motion For Class Certification.  Having reviewed Defendants' Motion and for good cause appearing, the Court **GRANTS** the Motion and **ORDERS** that the following documents relating to Defendants' Opposition To Plaintiffs' Motion For Class Certification shall be sealed:

- Portions of Defendants' Opposition To Plaintiffs' Motion For Class Certification, as identified by Defendants' publically-filed redactions;
- Portions of the Declaration of Cara Johnson In Support thereof, as identified by Defendants' publically-filed redactions;
- Portions of the Declaration of Andrew Holmer In Support thereof, as identified by Defendants' publically-filed redactions; and
- Exhibits A, B, C, D, E, F, G, H, I, J, P, Q, and R to the Declaration of Andrew Holmer in their entirety.

**IT IS SO ORDERED**.

DATED this 2nd day of January, 2019.

BY THE COURT:

*(signature)*

Honorable Evelyn J. Furse
United States Magistrate Judge